Case 1:16-cr-00236-ELH Document 1-1 Filed 04/29/16 Page 1 of 4

16-1129BPG

FILED ENTERED
LOGGED RECEIVED

APR 29 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Special Agent Kelvin Jackson, deposes and states as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am currently assigned to a joint task force comprised of ATF agents and detectives from the Baltimore Police Department ("BPD").

2. I have been employed by the ATF since 2014. I have participated in numerous investigations focusing on illegal firearms, arsons, home invasions, gangs and Controlled Dangerous Substance ("CDS") trafficking. I have conducted covert surveillance of suspected CDS traffickers, interviewed numerous individuals involved in gang activity, participated in the execution of numerous state and federal search and arrest warrants involving violent offenders and participated in the seizure of firearms and controlled dangerous substances.

3. Through my training, education and experience, I have become familiar with the manner in which illegal firearms are sold, purchased and utilized in furtherance of crimes of violence. Additionally, I have become familiar with the manner in which firearms are illegally possessed by prohibited persons, as defined under section 18 U.S.C. § 922(g).

4. Prior to joining the ATF in 2014, I was employed for one-and-a-half years as a Federal Officer by the United States Bureau of Customs and Border Protection ("CBP"). While employed as a CBP Officer, I assisted in the interdiction of numerous violent fugitives attempting to cross the United States-Mexico international border. Additionally, while employed by the CBP, I participated in numerous seizures of controlled dangerous substances imported into the United States.

## FACTUAL BACKGROUND

5. I make this Affidavit in support of a Criminal Complaint charging the defendant, HOWARD BRAXTON, with possession of a firearm by a person previously convicted of a crime punishable by more than one year imprisonment, in violation of 18 U.S.C. § 922(g)(1). This Affidavit is based on information I have received from other law enforcement officers and witnesses, as well as my own personal knowledge. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

6. On September 6, 2015, at approximately 11:25 p.m., members of the Baltimore Police Department ("BPD") were conducting proactive enforcement in the vicinity of North Gilmor Street, Baltimore, Maryland. The officers were driving an unmarked police vehicle and were wearing tactical vests that displayed the word "POLICE" in white bold letters on the front and back.

7. As they turned northbound onto North Gilmor Street, the BPD officers observed BRAXTON and an unidentified male walking on the east side of the street. The officers saw BRAXTON'S left arm swinging freely as he walked, but saw his right hand was tucked against his body. Based on their training and experience, the officers believed that BRAXTON might be armed.

8. The officers then pulled their vehicle over near BRAXTON to investigate, and the officer in the front passenger seat rolled down the window and stated something to the effect of, "Hello, Sir."

9. At that point, BRAXTON immediately grasped at his midsection and fled on foot. The BPD officer in the front passenger seat got out of the car to chase BRAXTON, while the other officers tried to follow alongside BRAXTON while remaining in the vehicle.

10. As BRAXTON continued to run on North Gilmor Street, the BPD officer chasing BRAXTON on foot saw BRAXTON pull a black firearm from his waistband area. The officer yelled "Gun, gun!" and then pushed BRAXTON in the back.

11. BRAXTON fell forward and the gun slid out of his hand onto the pavement. The BPD officers then secured BRAXTON and recovered within arm's reach of BRAXTON a black Smith & Wesson, Model 36, .38 caliber revolver that bore Serial Number 667361. They also recovered five live rounds of ammunition from inside the revolver.

12. A computerized check of BRAXTON'S criminal history reveals that, prior to September 6, 2015, he was convicted of a crime punishable by a term of imprisonment exceeding one year.

13. The handgun has been examined and appears to be capable of expelling a projectile by the action of an explosive. The handgun was not manufactured in the state of Maryland, and the weapon therefore traveled in interstate commerce prior to its recovery on September 6, 2015.

\* \* \*

Based on the foregoing evidence, I submit that there is probable cause to believe that HOWARD BRAXTON possessed the revolver and ammunition, which had affected interstate commerce, after a prior conviction for a crime punishable by more than one year in prison, all in violation of **18 U.S.C. § 922(g)(1)**.

---

Special Agent Kelvin Jackson
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me

This 29th day of April 2016 at Baltimore, Maryland

---

Honorable Beth P. Gesner
United States Magistrate Judge