# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. ELH-16-0236 |
| HOWARD BRAXTON | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS STATEMENTS

Defendant HOWARD BRAXTON ("Mr. Braxton"), by and through his undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland, and Michael S. Oppenheimer, Assistant Federal Public Defender, hereby moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any evidence seized in violation of the Fourth and Fifth Amendments to the United States Constitution and as grounds states the following:

1. Mr. Braxton is charged in a one count indictment alleging possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922 (g).

2. This matter arises from the arrest of Mr. Braxton occurring on or about September 6, 2015, in Baltimore City, MD by officers of the Baltimore City Police Department.

3. Discovery provided by the government reflects that the government will argue in its case-in-chief that Mr. Braxton was observed by officers walking with another person down North Gilmor Street at around 11:25 p.m. The government claims officers noticed Mr. Braxton's hand tucked close to his body. The officers attempted to stop Mr. Braxton but claim he fled. The officers approached and forcibly tackled Mr. Braxton to the ground. They claim the gun was tossed by Mr.

Braxton just before he was tackled  Mr. Braxton was interrogated at the scene and later at the precinct.

4. Mr. Braxton moves to suppress any statements, admissions, or confessions as they were obtained in violation of his privilege against self-incrimination, his right to counsel as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, the Supreme Court's holding in <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and were otherwise involuntary.

5. Any statements, admissions, or confessions made by Mr. Braxton to law enforcement on September 6, 2015, or any other dates relevant to this matter, were also the fruit of an illegal arrest and/or in violation of the Fourth Amendment of the United States Constitution.

6. Mr. Braxton reserves the right to supplement this motion as additional facts become available and as more discovery is provided.

**WHEREFORE**, as a result of the constitutional violations alleged herein, Mr. Braxton requests that this Court enter an Order suppressing any and all statements made by Mr. Braxton.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
Michael S. Oppenheimer (Bar # 804720)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland  21201
(410) 962-3962 (p); (410) 962-0872 (f)
michael_oppenheimer@fd.org

## STATEMENT OF POINTS AND AUTHORITIES

1. Brown v. Illinois, 422 U.S. 590 (1975).

2. McNabb v. United States, 318 U.S. 332 (1943).

3. Mincey v. Arizona, 437 U.S. 385 (1978).

4. Miranda v. Arizona, 384 U.S. 436 (1966).

                                             /s/
                          Michael S. Oppenheimer
                          Assistant Federal Public Defender

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District of Maryland, a hearing is requested on the defendant's Motion.

                                             /s/
                          Michael S. Oppenheimer
                          Assistant Federal Public Defender