# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. ELH-16-0236 |
| HOWARD BRAXTON | * | |

* * * * * * * * * * * * *

## MOTION TO SUPPRESS TANGIBLE AND DERIVATIVE EVIDENCE

Defendant HOWARD BRAXTON ("Mr. Braxton"), by and through his undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland, and Michael S. Oppenheimer, Assistant Federal Public Defender, hereby moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any evidence seized in violation of the Fourth Amendment to the United States Constitution and as grounds states the following:

1. Mr. Braxton is charged in a one count indictment alleging possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922 (g).

2. This matter arises from the arrest of Mr. Braxton occurring on or about September 6, 2015, in Baltimore City, MD by officers of the Baltimore City Police Department.

3. Discovery provided by the government reflects that the it will argue in its case-in-chief that Mr. Braxton was observed by officers walking with another person down North Gilmor Street at around 11:25 p.m. The government claims officers noticed Mr. Braxton's hand tucked close to his body. The officers attempted to stop Mr. Braxton but claim he fled. The officers approached and forcibly tackled Mr. Braxton to the ground. They claim the gun was tossed by Mr. Braxton just

before he was tackled.

4. The forcible stop, seizure, arrest, and search of Mr. Braxton were made without reasonable suspicion or probable cause and in violation of his rights under the Fourth Amendment to the United States Constitution. Accordingly, all evidence seized in connection with his stop and arrest should be suppressed.

5. Because investigation of this case is incomplete, Mr. Braxton reserves the right to move for suppression of evidence based on grounds not now discernible. Moreover, Mr. Braxton reserves the right to supplement this motion with additional arguments and information.

WHEREFORE, the defendant requests that this Court grant an Order of Suppression on the grounds alleged herein and any other ground that may become apparent upon a hearing on the motion.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
Michael S. Oppenheimer (Bar # 804720)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland  21201
(410) 962-3962 (p)
(410) 962-0872 (f)
michael_oppenheimer@fd.org

## AUTHORITIES

1. Illinois v. Gates, 462 U.S. 213 (1983).

2. Fourth Amendment to the United States Constitution.

3. Brendlin v. California, 551 U.S. 249 (2007).

4. California v. Hodari D., 499 U.S. 621 (1991).

                    /s/
             Michael S. Oppenheimer
             Assistant Federal Public Defender

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District of Maryland, a hearing is requested on this Motion.

                    /s/
             Michael S. Oppenheimer
             Assistant Federal Public Defender